IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FURMAN, | No. C 08-01122 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| SIRF TECHNOLOGY HOLDINGS, MICHAEL L. CANNING, DIOSDADO P. BANATAO, KANWAR CHADHA, and GEOFFREY RIBAR, | |
| Defendants. | |

This action appears to be one of several cases currently pending in the Northern District of California involving the alleged violations of federal securities laws by defendants. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to the Honorable Maxine Chesney for the purpose of determining whether this action is related to *Esses v. SIRF Technology Holdings, Inc. et al.*, Case No. 08-00856 MMC.

**IT IS SO ORDERED.**

Dated: February 27, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE