# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FURMAN, Individually And On Behalf of All Others Similarly Situated<br><br>V.<br><br>SiRF TECHNOLOGY HOLDINGS, INC., ET AL. | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER:<br><br>CV 08 1122 |

TO: (Name and address of defendant)

SiRF Technology Holdings, Inc., Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar, and Kanwar Chadha:  148 East Brokaw Road, San Jose, CA 95112

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan K. Levine
Aaron M. Sheanin
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA  94108
Tel:  (415) 981-4800
Fax: (415) 981-4846

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 25 2008
DATE _____

Helen L. Almacen
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE

Name of SERVER

TITLE

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____

Date

_____

Signature of Server

_____

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure